280 F.2d 432
 Lowry Newton KLINK
v.
J. C. TAYLOR, Warden, U.S. Penitentiary, Leavenworth, Kansas.
 No. 6353.
 United States Court of Appeals Tenth Circuit.
 June 2, 1960.
 
 William L. Rees, Topeka, Kan., and Robert Sonheim, Denver, Colo., for appellant.
 Wilbur G. Leonard, U.S. Atty., Topeka, Kan., for appellee.
 Before BRATTON, PICKETT and LEWIS, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on authority of Klink v. Looney, Warden, 10 Cir., 262 F.2d 119.